UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES ALLEN HOWARD,

     Plaintiff,

                                Case No. 1:26-cv-1954

v.

                                HONORABLE PAUL L. MALONEY

CATAWBA HOSPITAL,

     Defendant.

_____/


## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  August 7, 2026                    /s/  Paul L. Maloney
                                        Paul L. Maloney
                                      United States District Judge